HEATHER E. WILLIAMS, #122664
Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCO BARRERA-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff,    )<br>)<br>      v.                  )<br>)<br>MARCO BARRERA-REYES       )<br>)<br>            Defendant.   )<br>)<br>_____) | Cr.S. 13-171-LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>DATE:  July 2, 2013<br>TIME:  9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

   MARCO BARRERA-REYES by and through his counsel, ANGELES ZARAGOZA Assistant Federal Defender and NIRAV DESAI Assistant United States Attorney, hereby agree that the status conference set for June 25, 2013, be continued to July 2, 2013, at 9:15 a.m..

   This continuance is being requested because defense counsel will be in a jury trial the week of June 25, 2013 and requires additional time.

   Counsel, along with the defendants, agree that the time from the date of this order through July 2, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the

```
 1  defendants in a speedy trial.
 2  DATED: June 14, 2013              Respectfully submitted,
 3                                    HEATHER E. WILLIAMS
                                      Federal Defender
 4
                                      /S/ Angeles Zaragoza
 5                                    ANGELES ZARAGOZA
                                      Assistant Federal Defender
 6                                    Attorney for Defendant
                                      MARCO BARRERA-REYES
 7
 8
 9  DATE: June 14, 2013               BENJAMIN B. WAGNER
                                      United States Attorney
10
11                                    /S/ Angeles Zaragoza for
                                      NIRAV DESAI
12                                    Assistant United States Attorney
13
                              O R D E R
14
15
16     IT IS HEREBY ORDERED that this matter is continued to Tuesday,
17  July 2, 2013, at 9:15 a.m., for further Status Conference.
18        IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161
19  (h)(7)(B)(iv) and Local Code T4, the period from the date of this
20  stipulation up to and including July 2, 2013, is excluded from the time
21  computations required by the Speedy Trial Act due to ongoing
22  preparation of counsel, and that the ends of justice served by this
23  continuance outweigh the best interests of the public and the
24  defendants in a speedy trial.
25
    Dated: June 17, 2013
26
27                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
28                                    UNITED STATES DISTRICT COURT
```